September 25, 2012



# JUDGMENT

## The Fourteenth Court of Appeals

I-10 COLONY, INC., Appellant

NO. 14-10-01051-CV                                        V.

CHAO KUAN LEE, LI YANG LEE, LI HSIANG CHANG, Appellees

_____

       This cause, an appeal from the judgment in favor of appellees, Chao Kuan Lee, Li Yang Lee, Li Hsiang Chang, signed September 22, 2010, was heard on the transcript of the record. We have inspected the record and find that the trial court erred in determining the beginning date for the calculation of prejudgment interest.  We therefore **REFORM** the judgment to change the beginning date for the calculation of prejudgment interest to March 5, 2010.  We order the judgment of the court below **AFFIRMED** as so modified.

       We order appellant, I-10 Colony, Inc., to pay all costs in this appeal. We further order the decision certified below for observance.